## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAZEL V. PETERSON,** | : | **No. 3:18cv2222** |
| **Plaintiff/** | : | |
| **Counterclaim Defendant** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHNSTON & RHODES** | : | |
| **BLUESTONE, CO.,** | : | |
| **Defendant/** | : | |
| **Counterclaim Plaintiff** | : | |

## ORDER

**AND NOW**, to wit, this 16th day of July 2019, Counterclaim Defendant's motion to dismiss (Doc. 6) is hereby **DENIED.**

**BY THE COURT**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**